IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | | ) |
| | Plaintiff | ) |
| | | ) |
| vs | | ) Criminal No. 00-117 |
| | | ) |
| Victor Stivason | | ) |
| | Defendant | ) |

## ORDER OF COURT

AND NOW, to wit, this ___8th___ day of ___June___, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following pleading, impounded in the Office of the Clerk of Court be unsealed and returned to the file:

Document: 7

_____
Maurice B. Cohill, Jr.
U.S. District Judge